UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE WHITENDALE,<br><br>    PLAINTIFF,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social<br><br>Security,<br><br>    DEFENDANT. | No. 1:10-CV-01561 SKO<br><br>ORDER EXTENDING TIME FOR<br>PLAINTIFF TO FILE OPENING BRIEF |

Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall file her opening brief **by no later than May 10, 2011.** All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 4 ¶ 14.)

IT IS SO ORDERED.

Dated:  **March 18, 2011**             **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE