BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROSEMARIE WHITENDALE, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 1:10-cv-01561 SKO <br><br> STIPULATION AND ORDER |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30 days to respond to Plaintiff's motion for summary judgment.  The current due date is June 9, 2011, the new due date will be July 11, 2011 (day 30 falls on a Saturday).

      This extension is being sought because the undersigned counsel for the Commissioner has and has had a very heaving briefing and reviewing schedule for the months of May and June 2011 and has also been recovering from a knee surgery that has been more complicated and resulted in more lost work time than expected.  From May 31 to June 10, 2011, Counsel has or had 7 district court briefs due and she has had to review the Ninth Circuit briefs for two of her colleagues, which is work that cannot be extended without impacting the schedules of three attorneys in the Commissioner's office as well as the United States

Attorney's Office.  During the remainder of June and through July 8, 2011, Counsel has an additional 10 district court briefs due, plus an appellate brief of her own due and four more appellate briefs to review for her colleagues.  Given this work load, Counsel was unable to complete the Commissioner's brief by June 9, 2011 and respectfully requests an additional 30 days.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 8, 2011

/s/ *Shanny J. Lee*
(As authorized via email)
SHANNY J. LEE
Attorney for Plaintiff

Dated: June 8, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   June 8, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE