BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8937
   Facsimile: (415) 744-0134
   Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROSEMARIE WHITENDALE, | CIVIL NO. 1:10-cv-01561 SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FOUR THOUSAND, FIVE HUNDRED DOLLARS ($4500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the Government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but

if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses and costs to be made directly to Shanny J. Lee, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: May 23, 2012          /s/*Shanny J. Lee*
                             *(As authorized via email)*
                             SHANNY J. LEE
                             Law Offices of Harry J. Binder and Charles E. Binder
                             770 The City Drive South, Suite 2000
                             Orange, CA 92868
                             Attorney for Plaintiff

                             BENJAMIN B. WAGNER
                             United States Attorney

Dated: May 23, 2012    By:   /s/ *Elizabeth Firer*
                             ELIZABETH FIRER
                             Special Assistant United States Attorney

**ORDER**

PURSUANT TO ABOVE STIPULATION for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS SO ORDERED that Plaintiff shall be awarded fees and expenses in the amount of FOUR THOUSAND, FIVE HUNDRED DOLLARS ($4500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

IT IS SO ORDERED.

**Dated:   May 25, 2012**                    /s/ **Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE